# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

IN RE:   PAMELA MICHELLE TURNER            Case No.:   18-36185-KLP
                                           Chapter:    13

## REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g) PROVIDING ADDRESS OF SERVICE OF NOTICES

Dear Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that Creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. Creditor is owed legal fees.

3. The address to which all such notices should be sent is:

   **Tammy L. Sossei, Esquire**
   **SOSSEI LAW, PC**
   **4114 E Parham Rd. Suite C**
   **Richmond, Virginia 23228**

   Respectfully Submitted,

   By:    /s/ Tammy L. Sossei, Esquire
          Tammy L. Sossei, Esquire
          VSB # 79085
          Attorney(s) for Creditor
          SOSSEI LAW, P.C.
          4114 E Parham Road, Suite C
          Richmond, Virginia 23228
          tammy.sossei@sosseilaw.com
          (804) 593-4141
          (804) 510-0585 Fax